FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAF CAPITAL FUNDING, LLC, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>NINO JEFFERSON LIM, an individual; FRESNO SUPERMARKET, INC, a California Corporation; ISLAND PACIFIC ENTERPRISES, INC, a California Corporation; ISLAND PACIFIC NATIONAL CITY, INC., a California Corporation; ISLAND PACIFIC OXNARD, INC., a California Corporation; ISLAND PACIFIC SUPERMARKETS, INC., a California Corporation; KABABAYAN DEVELOPMENT, INC., a California Corporation; OISHI SUPERMARKET, INC., a California Corporation; AZUSA SUPERMARKET INC., a California Corporation; Long Beach Seafood Market, Inc., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-05864-SVW-PJW<br><br>**JUDGMENT** |

Pursuant to the stipulation by and between Plaintiff Leaf Capital Funding, LLC, ("LEAF") and Defendants, Fresno Supermarket, Inc., Island Pacific Enterprises, Inc., Island Pacific National City, Inc., Island Pacific Oxnard, Inc., Island Pacific Supermarkets, Inc., Kababayan Development, Inc., Oishi Supermarket, Inc., Azusa Supermarket, Inc., and Long Beach Seafood Market, Inc.,

(collectively the "ENTITY DEFENDANTS"),

And there be GOOD CAUSE showing, it is hereby ORDERED, ADJUDGED and DECREED:

1. JUDGEMENT is hereby entered in favor of Plaintiff LEAF and against the ENTITY DEFENDANTS jointly and severally in the amount of $1,054,725.93.

2. Taxable costs shall be awarded in favor of LEAF.

IT IS SO ORDERED.

Dated: January 9, 2018

By: _____
Hon. Stephen V. Wilson
U.S. District Court, Central District of California.